**Order filed February 27, 2014.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-01048-CR

———————

## ALEX PEREZ AKA ALEJANDRO PEREZ, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 177th District Court**
**Harris County, Texas**
**Trial Court Cause No. 773315-A**

# ORDER

This is an appeal from the denial of appellant's application for writ of habeas corpus pursuant to article 11.072 of the Texas Code of Criminal Procedure. Appellant is represented by retained counsel, Natalie L. Schultz. Appellant's brief was originally due December 16, 2013. We granted counsel two extensions of time to file appellant's brief until February 18, 2014. When we granted the second extension, we noted that no further extensions would be granted absent exceptional

1

circumstances. No brief was filed. On February 20, 2014, counsel filed a further request for an extension of time to file appellant's brief until March 20, 2014. We grant the request, but issue the following order.

We order appellant's counsel, **Natalie L. Schultz,** to file a brief in this appeal with the clerk of this court on or before **March 20, 2104.** If counsel does not timely file the brief as ordered, the court may consider the appeal without the benefit of briefs. *See* Tex. R. App. P. 31.1.

PER CURIAM